[This opinion has been published in *Ohio Official Reports* at 85 Ohio St.3d 632.]

THE STATE OF OHIO, APPELLEE, *v.* LEWIS, APPELLANT.

[Cite as *State v. Lewis*, 1999-Ohio-327.]

*Criminal law—Motor vehicles—Traffic offenses—Driving while intoxicated—Administrative license suspension—Reinstatement fee of former R.C. 4511.191(L)(2) does not violate the Double Jeopardy Clause—Court of appeals' judgment affirmed on authority of State v. Uskert.*

(No. 98-2376—Submitted May 18, 1999—Decided June 16, 1999.)

APPEAL from the Court of Appeals for Summit County, No. 19006.

————————————

*Lawrence J. Cook*, for appellant.

————————————

***Per Curiam.***

{¶ 1} We affirm on authority of *State v. Uskert* (1999), 85 Ohio St.3d 593, 709 N.E.2d 1200. The cause is remanded to the trial court to reinstate the original $280 Administrative License Suspension reinstatement fee that the trial court ordered be applied to any reinstatement fees due on the DUI suspension.

MOYER, C.J., DOUGLAS, RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

F.E. SWEENEY, J., dissents for the reasons stated in his dissenting opinion in *State v. Uskert* (1999), 85 Ohio St.3d 593, 709 N.E.2d 1200.

————————————